[No. 19689-5-III.   Division Three.   July 24, 2001.]

JEAN A. ALLEN, *Appellant*, v. PROVIDENCE HEALTH SYSTEMS-WASHINGTON, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 00-2-01019-1, Michael W. Leavitt, J., entered October 27, 2000. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Kato, JJ.

[No. 19207-5-III.   Division Three.   July 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH T. ATWOOD, *Appellant.*

Appeal from a judgment of the Superior Court for Ferry County, No. 99-1-00019-6, Larry M. Kristianson, J., entered March 21, 2000. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Kato, JJ.

[No. 19499-0-III.   Division Three.   July 26, 2001.]

*In the Matter of the Estate of* HELEN FRANCIS MCAULIFFE. DONALD C. MCAULIFFE, *Respondent*, v. KURT YOUNG, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Stevens County, No. 99-2-00561-7, Rebecca M. Baker, J., entered August 11, 2000. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Brown, JJ.

[No. 24028-9-II.   Division Two.   July 27, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOHN KEARNEY, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00158-2, Stephen M. Warning, J., entered November 12, 1998. *Reversed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong, C.J., and Seinfeld, J.